UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANA HAWKINS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 25-1665** |
| **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES** | **SECTION: "G"(5)** |

## ORDER

Considering Defendant United States Citizenship and Immigration Services' ("Defendant") "Unopposed Motion to Continue Date of Submission,"[1]

**IT IS HEREBY ORDERED** that Defendant's motion[2] is **GRANTED.** The submission date for Defendant's Motion to Dismiss[3] is continued from January 7, 2026 to January 21, 2026.

**NEW ORLEANS, LOUISIANA**, this __30th__ day of December, 2025.

_____
**NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 11.

[2] *Id.*

[3] Rec. Doc. 9.